

Writer's Direct Dial: (516) 663-6579
Writer's Direct Fax: (516) 663-6779
Writer's E-Mail: mdidora@rmfpc.com

March 10, 2015

By ECF

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:   *The Plastic Surgery Group, P.C. v. United Healthcare, et al.*
               Docket No. 14-cv-01798

Dear Judge Bianco:

    We represent the plaintiff in this case. We write to inform the court that the parties have finally reached a settlement. Final drafts of the settlement documents have been sent to our respective clients for signature. We expect that the stipulation of dismissal will be filed by the end of the week.

                                                      Respectfully submitted,

                                                       Matthew F. Didora
                                                       For the Firm

cc:    John T. Seybert, Esq. (by email)

East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com